# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| HAKIM ABDUS SALAAM, | : | No. 63 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JUDGE LEON TUCKER FIRST JUDICIAL DISTRICT OF PENNSYLVANIA PHILADELPHIA COURT OF COMMON PLEAS, WELLS FARGO HOME MORTGAGE, PHELAN HALLINAN DIAMOND AND JONES, MARK PFEIFFER ET. AL, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of May, 2017, the Emergency Petition for Writ of Prohibition is hereby **DENIED.**